# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-2895

—————————————————

G.O., Father of T.K-O., Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

September 25, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Jason T. Zandecki, Palm Harbor, for Appellant.

Ward L. Metzger, Jacksonville, and Kelley Schaeffer, Bradenton, for Appellee.